# EXHIBIT 3

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| In re:<br><br>EASTERN COLORADO SEEDS LLC<br><br>Debtor. | Case No. 25-10244-JGR<br>Chapter 11 |

## DECLARATION OF CLAYTON SMITH

I, Clayton Smith, have personal knowledge of the contents of this declaration declare under penalty of perjury the following is true to the best of my personal knowledge, formed after a reasonable inquiry:

1. I am over 18 years old.

2. I am the sole owner of Eastern Colorado Seeds LLC ("ECS" or "Debtor"). I am also a manager and officer of ECS. I am very familiar with ECS's operations, finances, and business.

3. ECS needs expedited relief to use cash and pay employees to successfully continue its business operations. The relief requested in ECS's Motion for Expedited Relief is necessary to avoid immediate and irreparable harm to ECS, its estate, creditors, and employees and the creditors of ECS Farms. I believe that granting the relief requested in the Motion for Expedited Relief on an interim basis is warranted and is in the best interests of ECS, its estate, creditors, and employees.

4. ECS filed its voluntary chapter 11 bankruptcy case on January 15, 2024 (the "Petition Date").

## ECS'S OPERATIONS AND FINANCES

5. I have owned and operated ECS since 2002 and I have grown it from a sole proprietorship to a company with 19 employees and operations in three states. ECS and its affiliate companies, which are described in more detail below, operate as a full-service seed distribution and production company, with a portfolio of quality grain, forage, reclamation, and specialty seeds to meet the many needs of today's producers. ECS sells seed products to growers throughout the southwest, including in Colorado, Texas, Nebraska, New Mexico, and Arizona, among others (the "Business"). ECS has its main operations in Burlington, Colorado and operates satellite locations in Dumas, Texas, and Clovis, New Mexico.

6. As with many businesses in agriculture, ECS's revenue is very cyclical, with a substantial portion of its revenue occurring in the fourth quarter of each year when its customers do the majority of their planting. ECS Farms LLC currently has crops in the ground on approximately 4,869 acres of land, for which 15% to 55% (depending upon the crop) of the total costs have already been paid (seeds, planting cost, ground rent, inputs, etc.), but those crops will need an application of fertilizer and pesticide in March and April and harvesting in July. Without the use of cash collateral and the ability to pay employees and expenses associated with the farming operation, the growing crop value will be greatly reduced and may be eliminated altogether.

7. In 2018, ECS and its affiliates obtained loans for the Business financed in part by various real estate loans and revolving lines of credit with American AgCredit, FLCA ("AAC FLCA") and American AgCredit, PCA ("AAC PCA" and with AAC FLCA are "AAC"), both of which are part of the Farm Credi Administration system, for which ECS and its affiliates are all jointly liable.

8. In 2020, ECS obtained a $175,000 EIDL loan from the Small Business Administration and granted a security interest in substantially all of ECS's assets

9. ECS began experiencing significant cash flow issues in 2024 and despite months of negotiating, ECS and its affiliates were unable to restructure the various Business loans with AAC. ECS filed this case after AAC obtained the appointment of a receiver over all of the Business assets of ECS and its affiliates.

10. ECS operates the Business with its affiliates, described as follows:

| Affiliate Name | Ownership (as applicable) | Role / Purpose |
|---|---|---|
| ECS Farms LLC ("ECS Farms") | 50% Clay Smith 50% Christine Smith | Leases approximately 4,869 acres of farmland land to plant, grow, and harvest crops which ECS process and sells as inventory |
| Pinnacol Holdings LLC ("Pinnacol") | 50% Clay Smith 50% Christine Smith | Owns land and processing and storage facility in Dumas, Texas |
| Clay Smith and Christine Smith (the "Smiths") | N/A | Own the Burlington shop and office and approximately 252 acres of farm ground that ECS Farms LLC farms |
| High Plains Ag Service Inc. ("High Plains") | 100% Clay Smith | Dormant entity since 2022, through which agriculture consulting services were provided |

11. A majority of the ECS seed inventory is planted, grown, and harvested by its affiliate ECS Farms. The arrangement between ECS Farms and Debtor since ECS Farms was organized in 2021 is that ECS Farms enters into leases where ECS Farms plants, grows, and harvests crops, which ECS Farms then delivers to Debtor for processing and sale. Debtor does not pay ECS Farms for the delivery of the harvested crops. Instead, Debtor directly pays the third-party costs of the planting, growing, and harvesting the crops, as well as ECS Farms' debt service.

ECS Farms has two non-ECS sources of revenue: (a) ECS Farms generally takes a small portion of the crops it grows to make and sell silage and hay locally, from which ECS Farms is paid approximately $636,525.00 annually, and (b) ECS Farms receives certain crop insurance payments, disaster relief payments, and other government payments available to crop growers, the amount of which varies greatly from year-to-year. In general, ECS Farms pays to ECS any cash it receives from the silage and hay sales and insurance and benefit payments.

12. ECS uses the real estate and property owned by the Smiths and Pinnacol for the Business. No other business is conducted on that real estate. In lieu of paying rent, ECS has historically paid the debt service to AAC, real estate taxes, and insurance for the properties.

13. High Plains is a now dormant entity that previously provided agricultural consulting services.

14. In 2023, ECS and its affiliates had combined revenue from the Business of approximately $9.8MM. In 2024, ECS and its affiliates had combined revenue from the Business of approximately $7.4MM.

## CASH COLLATERAL

15. Debtor believes there are only two entities which claim or may claim an interest in ECS's cash collateral: AAC and the SBA.

16. Attached as **Exhibit A** is a summary of the various loans and security agreements between ECS / its affiliates and AAC. Attached as **Exhibit B** is the financing statement for the SBA EIDL loan.

17. ECS's financial advisor, with whom I have been working since 2017, and I created the budgets attached as **Exhibit C** (the "Budget") for the purpose of forecasting revenue and cash expenses by week through February 2025, and then on a monthly basis. The Budget was created

4

with our knowledge of ECS's operations and finances and after studying relevant documents, including historical financial performance records, and making certain predictions based on prior revenue and expenses. I believe the Budget reflects reasonably conservative estimates of revenue and expenses that ECS will incur during the period reflected in the Budget.

18. Based on the Budget, I believe the ECS will have sufficient cash and projected revenues to fund its operations and pay the expenses identified in the Budget, with the net result being that ECS Farms will be much closer to harvesting the approximately 4,869 acres of growing crops that will be turned over to ECS for cleaning and processing and result in an estimated increase in inventory value of more $2,048,000.00.

## EMPLOYEES

19. ECS employs 19 people, 8 of whom are paid on a salary basis and 11 of whom are paid on an hourly basis (the "Employees"). Debtor's Employees are paid bi-weekly. Salaried Employees are paid every two weeks for the 14 days prior to the check date, and hourly Employees are paid two weeks in arrears.

20. ECS's Employees (with the exception of 2 employees[1]) were last paid on January 8, 2025. The January 8, 2025 payroll covered the period of December 16, 2024 – December 29, 2024 for Debtor's hourly Employees and the period of December 30, 2024 – January 12, 2025 for Debtor's salaried Employees. Attached as **Exhibit D** is a schedule with the amounts to be paid to each employee for the wages, benefits, and taxes described below. [2]

---

[1] While the receiver was in place, ECS funded the January 17, 2025 payroll early. However, the receiver would not permit Clay and Christine to receive any salary, and they have not been paid since the January 3, 2025, payroll.
[2] ECS will also owe its hourly Employees payroll for January 12 through the Petition Date. The amount owed for this period will not cause any hourly Employee to be owed wages or benefits in excess of $15,150. The names of non-insider employees are redacted. I note that Mr. Caldwell is ECS's Chief Financial Officer.

21.     For Debtor's hourly Employees, the aggregate amount of the January 8, 2025 payroll was $14,452.29, of which approximately $10,471.31 was net wages, $427.85 was for garnishments, $1,612.53 was for tax deductions from Employees' gross pay, $1,203.20 was for Debtor's side of the employment taxes, and $737.40 was for voluntary deductions for 401(k) contributions. In addition to these amounts, Debtor was also required to pay approximately $646.50 directly to insurance companies, which was withheld from Debtors' hourly Employees' gross pay but not remitted by Paychex.

22.     For Debtor's salaried Employees, the aggregate amount of the January 8, 2025 payroll was $19,639.66, of which approximately $12,852.05 was net wages, $3,378.20 was for tax deductions from Employees' gross pay, $1,674.46 was for Debtor's side of the employment taxes, and $1,734.95 was for voluntary deductions for 401(k) contributions. In addition to these amounts, Debtor was also required to pay approximately $597.54 directly to insurance companies, which was withheld from Debtors' salaried Employees' gross pay but not remitted by Paychex.

23.     Debtor also paid fees to its payroll processor totaling $961.90.[3]

24.     Debtor's next payroll is due on January 27, 2025, which covers the time period of January 13, 2025 through January 26, 2025 for its salaried employees and December 30, 2024 through January 12, 2025 for its hourly employees. For the January 27, 2025 payroll, Debtor anticipates presently due payroll obligations to its salaried Employees in the approximate amount of $27,725.85, plus $1,172.62 for voluntary deductions that Debtor is required to pay directly to insurers, plus approximately $8,661.27 in net pay, taxes, and the Employer-side of Employee benefits owed to two Employees who were not paid on the January 8, 2025 payroll.[4] Because many

---

[3] The typical fee for payroll is $694, but was higher than usual for the January 8, 2025 payroll in part because of a prior NSF notice, a yearly fee, and the active employee count. Each employee on the list provides essential services to ECS in carrying out the Business.h

[4] Debtor notes that two of Debtor's Employees were not paid on the January 8, 2025 payroll.

of Debtor's Employees are hourly, Debtor's total payroll varies over each pay period, but Debtor anticipates presently due payroll obligations to its hourly Employees in approximately the same as Debtor's January 8, 2025 payroll (subject to adjustments based on the number of hours worked by each hourly Employee). The anticipated payroll for Debtor's Employees, plus the back-pay for two of Debtor's Employees who were not paid on the January 8, 2025 payroll, are referred to as the "Wages."

25. Debtor withholds certain taxes from each Employee's pay and must pay the employer's portion of certain employment taxes in the ordinary course, including FICA/Social Security, Medicare, FUTA, SUTA, COFAMLI, and certain local taxes (the "Employment Taxes").

26. Debtor uses Paychex as its payroll processing service. Paychex debits Debtor's account and pays Employees directly on the same date.

27. As of the Petition Date, there are no Employees who are owed in excess of $15,150 for Wages, including for presently due payroll obligations or back pay.

28. Debtor offers its Employees a number of benefits (collectively, the "Benefits"). The Benefits are as follows:

   a. Eligibility to participate in Debtor's 401(k) plan, for which Debtor offers a 3% match;
   b. Health insurance administered through Aither, for which Debtor pays 40% and Employees pay 60%;
   c. Eligibility to participate in a dental and vision insurance plan administered through Anthem, which is Employee funded[5];
   d. Supplemental insurance administered through AFLAC, for which Debtor pays 50%.

29. In addition to the Benefits, Debtor's Employees are eligible to accrue or receive 5 days of sick pay per calendar year (calculated from the date of hire), 5 vacation dates per calendar

---

[5] Debtor pays an AFLAC premium in the amount of $82.74 for one Employee as part of that Employee's benefits package.

7

year beginning after one year of employment (calculated from the date of hire), plus an additional 3 vacation days per year of employment up to a maximum of 15 days (the "PTO Benefits"). Vacation days for Debtor's Texas Employees do not carry over year after year.

30. In the aggregate, Debtor's monthly cost of the Benefits is approximately $15,000. Employees that choose to participate in the health insurance and supplemental insurance benefits have an amount deducted from each paycheck, which Debtor then remits to Aither, Anthem, and/or AFLAC as appropriate. For Debtor's 401(k) benefit, Debtor matches up to 3% of what Employees contribute.

31. No Employee is owed Benefits or PTO Benefits in excess of the $15,150 less the amount of wages owed to each employee as of the Petition Date.

A. **SOCIAL SECURITY, INCOME TAX, AND OTHER WITHHOLDING TAXES**

32. Debtor routinely withholds certain amounts that Debtor is required to transmit to third parties. Examples of such withholding include, among others, Social Security, FICA, federal and state income taxes, garnishments, the Employees' side of insurance coverage, and 401(k) contributions, among others. order authorizing, but not directing, the Debtor to direct such funds to the appropriate parties.

Dated January 21, 2025

_____
Clayton Smith,
Chief Executive Officer

8

# EXHIBIT A

| Loan No. | Borrower(s) | Loan Type | Loan Documents |
|---|---|---|---|
| 9000056726 | (1) Eastern Colorado Seeds, LLC | PCA RLOC | (1) Amendment to Supplemental Loan Agreement, dated September 7, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(2) Amendment to Promissory Note, dated September 7, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(3) Second Amendment to Supplemental Loan Agreement, dated November 4, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(4) Second Amendment to Promissory Note, dated November 4, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(5) Third Amendment to Supplemental Loan Agreement, dated November 23, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(6) Third Amendment to Promissory Note, dated November 23, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(7) Supplemental Loan Agreement, dated December 27, 2021 by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(8) Cash Management Addendum, dated December 27, 2021 by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(9) Promissory Note, dated December 27, 2021 by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(10) Amendment to Supplemental Loan Agreement, dated May 17, 2022, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(11) Amendment to Promissory Note, dated May 17, 2022 by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(12) Second Amendment to Supplemental Loan Agreement, dated October 5, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(13) Second Amendment to Promissory Note, dated October 5, 2023 by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(14) Third Amendment to Supplemental Loan Agreement, dated November 27, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(15) Third Amendment to Promissory Note, dated November 27, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |

| | | | |
|---|---|---|---|
| | | | (16) Fourth Amendment to Supplemental Loan Agreement, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
| 9002065895 | (1) ECS Farms, LLC | PCA RLOC | (1) Master Loan and Membership Agreement, dated December 27, 2021, by and between American AgCredit, ACA, American AgCredit, FLCA, American AgCredit, PCA, and ECS Farms, LLC.<br><br>(2) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(3) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(4) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA and High Plains Ag Service, Inc.<br><br>(5) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA and Clayton Russel Smith and Christine Laurine Smith.<br><br>(6) Supplemental Loan Agreement, dated December 27, 2021, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(7) Cash Management Addendum, dated December 27, 2021, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(8) Promissory Note, dated December 27, 2021, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(9) Amendment to Supplemental Loan Agreement, dated May 17, 2022, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(10) Second Amendment to Supplemental Loan Agreement, dated October 5, 2023, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(11) Amendment to Promissory Note, dated October 5, 2023, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(12) Third Amendment to Supplemental Loan Agreement, dated November 27, 2023, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(13) Third [sic] Amendment to Promissory Note, dated November 27, 2023, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(14) Fourth Amendment to Supplemental Loan Agreement, dated April 23, 2024, by and between American AgCredit, PCA and ECS Farms, LLC.<br><br>(15) Covenant and Condition Rider to Master Loan and Membership Agreement Dated December 27, 2021, dated April 23, 2024, by and |

| | | | |
|---|---|---|---|
| | | | between American AgCredit, ACA, American AgCredit, FLCA, American AgCredit, PCA, and ECS Farms, LLC. |
| 9000057003 | (1) Eastern Colorado Seeds, LLC | PCA RLOC | (1) Supplemental Loan Agreement, dated January 24, 2020, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(2) Cash Management Addendum, dated January 24, 2020, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(3) Promissory Note, dated January 24, 2020, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(4) Amendment to Supplemental Loan Agreement, dated September 7, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(5) Amendment to Promissory Note, dated September 7, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(6) Second Amendment to Supplemental Loan Agreement, dated November 4, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(7) Second Amendment to Promissory Note, dated November 4, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(8) Third Amendment to Supplemental Loan Agreement, dated November 23, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(9) Third Amendment to Promissory Note, dated November 23, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(10) Supplemental Loan Agreement, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(11) Cash Management Addendum, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(12) Promissory Note, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(13) Amendment to Supplemental Loan Agreement, dated May 17, 2022, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(14) Second Amendment to Supplemental Loan Agreement, dated October 5, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(15) Amendment to Promissory Note, dated October 5, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(16) Third Amendment to Supplemental Loan Agreement, dated November 27, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |

| | | | |
|---|---|---|---|
| | | | (17) Third Amendment to Promissory Note, dated November 27, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
| | | | (18) Fourth Amendment to Supplemental Loan Agreement, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
| 9000056727 | (1) Eastern Colorado Seeds, LLC | FLCA | (1) Master Loan and Membership Agreement, dated July 5, 2018, by and between American AgCredit, ACA, American AgCredit, FLCA, American AgCredit, PCA, and Eastern Colorado Seeds, LLC. |
| | | | (2) Supplemental Loan Agreement, dated July 5, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| | | | (3) Promissory Note, dated July 5, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| | | | (4) Amendment to Supplemental Loan Agreement, dated March 6, 2020, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| | | | (5) Second Amendment to Supplemental Loan Agreement, dated July 8, 2020, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| | | | (6) Amendment to Promissory Note, dated July 8, 2020, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| 9002073259 | (1) Clayton Russel Smith and Christine Laurine Smith | FLCA | (1) Master Loan and Membership Agreement, dated May 17, 2022, by and between American AgCredit, ACA, American AgCredit, FLCA, American AgCredit, PCA, and Clayton Russel Smith and Christine Laurine Smith. |
| | | | (2) Supplemental Loan Agreement, dated May 17, 2022, by and between American AgCredit, FLCA, and Clayton Russel Smith and Christine Laurine Smith. |
| | | | (3) Promissory Note, dated May 17, 2022, by and between American AgCredit, FLCA, and Clayton Russel Smith and Christine Laurine Smith. |
| | | | (4) Continuing Guaranty – Recourse, dated May 17, 2022, by and between American AgCredit, FLCA, ECS Farms, LLC, and High Plains Ag Service, Inc. |
| | | | (5) Continuing Guaranty – Recourse, dated May 17, 2022, by and between American AgCredit, FLCA, and Eastern Colorado Seeds, LLC. |
| | | | (6) Continuing Guaranty – Recourse, dated May 17, 2022, by and between American AgCredit, FLCA, and Pinnacol Holdings LLC. |
| 900006488 | (1) Eastern Colorado Seeds, LLC | Lease | (1) Customer Application, of Eastern Colorado Seeds, LLC, dated May 20, 2019. |

4

|  |  |  | (2) Lease Agreement, dated May 13, 2019, by and between Farm Credit Leasing Services Corporation and Eastern Colorado Seeds, LLC. |
|---|---|---|---|
|  |  |  | (3) Guaranty, dated May 13, 2019, by and between Farm Credit Leasing Services Corporation, Pinnacol Holdings LLC, High Plains Ag Service, Inc., Clayton Russel Smith, and Christine Laurine Smith. |
|  |  |  | (4) Schedule A, dated May 20, 2019. |
|  |  |  | (5) Delivery and Acceptance, dated May 17, 2019. |
|  |  |  | (6) Bill of Sale, dated May 20, 2019. |
|  |  |  | (7) State of Colorado Certificate of Title, with the owner of Eastern Colorado Seeds LLC. |
|  |  |  | (8) Loan Transaction Certificate and Non-Recourse Promissory Note, dated June 3, 2019, between Farm Credit Leasing Services Corporation and CoBank, ACB. |
|  |  |  | (9) Loan Transaction Certificate and Non-Recourse Promissory Note Amendment, dated July 20, 2020, between Farm Credit Leasing Services Corporation and CoBank, ACB. |
|  |  |  | (10) COVID-19 / Coronavirus Pandemic Modification Request, dated July 1, 2020, between Eastern Colorado Seeds, LLC. |
|  |  |  | (11) Lease Change Acknowledgment, dated July 8, 2020, by and between Farm Credit Leasing Services Corporation and Eastern Colorado Seeds, LLC, Pinnacol Holdings LLC, High Plains Ag Service, Inc., Clayton Russel Smith, and Christine Laurine Smith. |
| 9002101707 | (1) Eastern Colorado Seeds, LLC | PCA LOC | (1) Supplemental Loan Agreement, dated April 23, 2024, by and between American AgCredit, PCA, and Eastern Colorado Seeds, LLC. |
|  |  |  | (2) Promissory Note, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
|  |  |  | (3) Continuing Guaranty – Recourse, dated April 23, 2024, by and between American AgCredit, PCA, Clayton Russel Smith, and Christine Laurine Smith. |
|  |  |  | (4) Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing, dated April 23, 2024, by and between American AgCredit, PCA, Eastern Colorado Seeds, LLC, Clayton R. Smith, and Christine L. Smith. |
|  |  |  | (5) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
|  |  |  | (6) Modification and Supplement to Mortgage and Notice of Additional Advance, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |
|  |  |  | (7) Amended Deed of Trust, dated April 23, 2024, by and between American AgCredit, PCA and Pinnacol Holdings LLC. |

| | | | |
|---|---|---|---|
| | | | (8) Covenant and Condition Rider to Master Loan and Membership Agreement Dated July 5, 2018, dated April 23, 2024, by and between American AgCredit, ACA, American AgCredit, FLCA, American AgCredit, PCA, and Eastern Colorado Seeds, LLC. |
| Various Loans | (1) Various Borrowers | Deeds of Trust | (1) Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing, dated July 5, 2018, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(2) Deed of Trust, dated July 5, 2018, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(3) Modification and Supplement to Mortgage and Notice of Additional Advance, dated April 15, 2019, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(4) Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated July 5, 2018, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(5) Amended Deed of Trust, dated April 15, 2019, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(6) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated April 15, 2019, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(7) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated July 18, 2019, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(8) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated November 25, 2019, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(9) Modification and Supplement to Mortgage and Notice of Additional Advance, dated January 24, 2020, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(10) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated January 24, 2020, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(11) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated September 7, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(12) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated November 4, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(13) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated November 23, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(14) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC. |

| | | | | (15) Modification and Supplement to Mortgage and Notice of Additional Advance, dated December 27, 2021, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(16) Amended Deed of Trust, dated December 27, 2021, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(17) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated May 17, 2022, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(18) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated May 17, 2022, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(19) Amended Deed of Trust, dated May 17, 2022, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(20) Modification and Supplement to Deed of Trust, dated October 5, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(21) Modification and Supplement to Deed of Trust, dated November 27, 2023, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(22) Modification and Supplement to Deed of Trust and Notice of Additional Advance, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(23) Modification and Supplement to Mortgage and Notice of Additional Advance, dated April 23, 2024, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC.<br><br>(24) Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing, dated April 23, 2024, by and between American AgCredit, PCA, Eastern Colorado Seeds, LLC, Clayton R. Smith, and Christine L. Smith.<br><br>(25) Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing, dated July 5, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC.<br><br>(26) Lease Affidavit, dated July 5, 2018, by and between American AgCredit FLCA and Eastern Colorado Seeds, LLC.<br><br>(27) Lease Affidavit, dated July 5, 2018, by and between American AgCredit FLCA and Eastern Colorado Seeds, LLC.<br><br>(28) Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated July 5, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC.<br><br>(29) Deed of Trust, dated July 5, 2018, by and between American AgCredit, FLCA and Pinnacol Holdings LLC.<br><br>(30) Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing, dated May 17, 2022, by and between American |

| | | | |
|---|---|---|---|
| | | | AgCredit, FLCA, Eastern Colorado Seeds, LLC, Clayton R. Smith, and Christine L. Smith.<br><br>(31) Lease Affidavit, dated May 17, 2022, by and between American AgCredit FLCA and Eastern Colorado Seeds, LLC.<br><br>(32) Amended Deed of Trust, dated May 17, 2022, by and between American AgCredit FLCA and Pinnacol Holdings LLC.<br><br>(33) Modification and Supplement to Mortgage and Notice of Additional Advance, dated May 17, 2022, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC. |
| Various Loans | Various Borrowers | Security Agreement | (1) Security Agreement, dated July 5, 2018, by and between American AgCredit, PCA, Eastern Colorado Seeds, LLC, Pinnacol Holdings LLC, and High Plains Ag Service, Inc. |
| Various Loans | Various Borrowers | UCCs | (1) UCC Financing Statement in Colorado, dated July 17, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with two Amendments filed September 8, 2020 adding Pinnacol Holdings LLC and High Plains Ag Services [sic], Inc.<br><br>(2) UCC Financing Statement in Colorado, dated July 17, 2018, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with Amendment filed January 29, 2020 adding Pinnacol Holdings LLC and High Plains Ag Services [sic], Inc., with Amendment filed September 8, 2020 adding High Plains Ag Services [sic], Inc., with Amendment filed January 3, 2022 adding ECS Farms, LLC, with a Continuation filed January 27, 2023, with an Effective Financing Statement filed July 3, 2024.<br><br>(3) UCC Financing Statement in Colorado, dated May 26, 2022, by and between American AgCredit, FLCA, Eastern Colorado Seeds, LLC, Clayton R. Smith, and Christine Laurine Smith.<br><br>(4) UCC Financing Statement in New Mexico, dated July 17, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with Amendment filed September 8, 2020 adding High Plains Ag Services [sic], Inc., with Amendment filed September 8, 2020 adding Pinnacol Holdings LLC.<br><br>(5) UCC Financing Statement in New Mexico, dated July 17, 2018, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with Amendment filed September 8, 2020 adding High Plains Ag Services [sic], Inc., with Amendment filed September 8, 2020 adding Pinnacol Holdings LLC.<br><br>(6) UCC Financing Statement in Texas, dated July 17, 2018, by and between American AgCredit, FLCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with Amendment filed September 8, 2020 adding High Plains Ag Services [sic], Inc., with Amendment filed September 8, 2020 adding Pinnacol Holdings LLC.<br><br>(7) UCC Financing Statement in Texas, dated July 17, 2018, by and between American AgCredit, PCA and Eastern Colorado Seeds, LLC, with Amendment filed April 11, 2019, with Amendment filed |

| | | | |
|---|---|---|---|
| | | | September 8, 2020 adding High Plains Ag Services [sic], Inc., with Amendment filed September 8, 2020 adding Pinnacol Holdings LLC. |
| Various Loans | Various Borrowers | Additional Guaranties | (1) Continuing Guaranty – Recourse, dated July 5, 2018, by and between American AgCredit, FLCA, Clayton Russel Smith, and Christine Laurine Smith.<br><br>(2) Continuing Guaranty – Recourse, dated July 5, 2018, by and between American AgCredit, PCA and High Plains Ag Service, Inc.<br><br>(3) Continuing Guaranty – Recourse, dated July 5, 2018, by and between American AgCredit, FLCA and Pinnacol Holdings LLC.<br><br>(4) Continuing Guaranty – Recourse, dated July 5, 2018, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(5) Continuing Guaranty – Recourse, dated July 5, 2018, by and between American AgCredit, PCA, Clayton Russel Smith, and Christine Laurine Smith.<br><br>(6) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, FLCA and ECS Farms, LLC.<br><br>(7) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA, ECS Farms, LLC, and High Plains Ag Service, Inc.<br><br>(8) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA and Pinnacol Holdings LLC.<br><br>(9) Continuing Guaranty – Recourse, dated December 27, 2021, by and between American AgCredit, PCA, Clayton Russel Smith, and Christine Laurine Smith. |
| Various Loans | Various Borrowers | Numerous Certificates of Title on Vehicles | |
| | Various Borrowers | | (1) Forbearance Agreement, made and entered into as of September 4, 2024. |

9

# UCC Financing Statement

**EXHIBIT B**

**Colorado Secretary of State**
Date and Time: 06/17/2020 07:58:17 PM
Master ID: 20202063845
Validation Number: 20202063845
Amount: $8.00

## Debtor: (Organization)

Name: Eastern Colorado Seeds
Address1: 475 US Hwy 24
Address2:
City: Burlington  State: CO  ZIP/Postal Code: 80807
Province:  Country: United States

## Secured Party: (Organization)

Name: U.S. Small Business Administration
Address1: 10737 Gateway West, #300
Address2:
City: El Paso  State: TX  ZIP/Postal Code: 79935
Province:  Country: United States

## Collateral

**Description:**

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.       889199 7803

## Optional Information

**Optional filer reference data/miscellaneous information:**
[187092180]

**EXHIBIT C**

ECS
**Cash Collateral Budget- DRAFT**

| | Pre-Petition | Post-Petition>> | <<Weekly Cash Forecast>> | | | | | | <<Monthly Cash Forecast>> | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| Week ending ----> | 1/10/25 | 1/17/25 | 1/24/25 | 1/31/25 | 2/7/25 | 2/14/25 | 2/21/25 | 2/28/25 | Mar-25 | Apr-25 | WE 1/17-4/30/25 |
| *Operating Cash Flow* | | | | | | | | | | | |
| Cash Collections-AR | | 46,210 | 46,210 | 46,210 | 62,281 | 62,281 | 62,281 | 62,281 | 580,010 | 460,763 | 1,428,528 |
| USDA Payments (thru Farms) | | | | | | | | | 100,000 | | 100,000 |
| Customer Deposits | | | | | | | | | | | - |
| Crop Revenue Assurance | | | | | | | | | | | - |
| LeaseIncome | | | | | | | | | | | - |
| **Total Sources of Cash** | $ - | $ 46,210 | $ 46,210 | $ 46,210 | $ 62,281 | $ 62,281 | $ 62,281 | $ 62,281 | $ 680,010 | $ 460,763 | $ 1,528,528 |
| *Operating uses of cash* | | | | | | | | | | | |
| Inventory Purchases (non-Farms only) | | | | | 10,000 | 0 | 0 | | 153,069 | 121,013 | 284,081 |
| Payroll & Payroll Taxes | 42,000 | | | 45,000 | 0 | 45,000 | 0 | 45,000 | 90,833 | 90,833 | 316,666 |
| Employee Benefits | 4,500 | | | 5,200 | 0 | 5,200 | 0 | 5,200 | 10,400 | 10,400 | 36,400 |
| Telephone/Utilities (electricity and gas, Phone) | | 0 | 15,000 | | 0 | | 15,000 | | 6,154 | 9,768 | 45,922 |
| Travel Expenses | | | | | | 2,500 | | 2,500 | 574 | 395 | 5,969 |
| Licenses & Permits | | | | | | | | | 1,697 | 1,228 | 2,925 |
| Insurance Crop/Property | | 24,000 | | | | | 24,000 | | 24,000 | 24,000 | 96,000 |
| Advertising | | | | | | | | | 1,434 | 0 | 1,434 |
| Repairs & Maintenance | | 0 | | | 5,000 | 5,000 | | 5,000 | 8,040 | 8,149 | 31,189 |
| Supplies/Packaging | | | | | | | | | 303 | 1,043 | 1,346 |
| Fuel | | 2,500 | | | 3,500 | 3,500 | | 3,500 | 3,500 | 3,500 | 20,000 |
| Legal Fees (OFJP) | | | | | | | | | 20,000 | 15,000 | 35,000 |
| Financial Advisor (Creative Planning) | | | | | | | | | 25,000 | 30,000 | 55,000 |
| Creditors Committee Counsel | | | | | | | | | 10,000 | 5,000 | 15,000 |
| US Trustee Fees- quarterly | | | | | | | | | | 7,500 | 7,500 |
| Other Professional Fees | | | | | | | | | | 5,000 | 5,000 |
| Seed Samples | | | 0 | | | | | | 87 | 57 | 144 |
| Dues & Subscriptions | | | | | | | | | 1,545 | 3,092 | 4,637 |
| Storage & Handling | | | 0 | | | | | | 0 | 0 | - |
| Office & Supplies and Postage | | | | | | | | | 759 | 887 | 1,645 |
| Tax (Fed, State & County) | | | | | | | | | 70 | 8,686 | 8,756 |
| Seed Royalties | | | | | | | | | | | - |
| Non-AAC Interest Payments | | | | | | | | | | | - |
| Other Operating Expenses | | | | | | | | | 98 | - | 98 |
| Crop Input Expense- Farms | | | | | | | | | 11,000 | 11,000 | 22,000 |
| Custome Hire- Farms | | | | | | | | | - | - | - |
| Fertilizer & Lime | | | | | | | | 14,000 | 205,070 | 18,437 | 237,507 |
| Rent- Farms | | | | 44,000 | | 25,000 | | | - | 156,000 | 225,000 |
| Insurance-Farms | | | | | | | | | - | - | - |
| Utilities- Farms | | | | | | | | | 10,041 | 10,041 | 20,083 |
| Fuel/Gas- Farms | | | | | | | | | 411 | 1,219 | 1,630 |
| Seed and Plants Purchased- Farms | | | | | | | | | 3,300 | 3,300 | 6,600 |
| Outstanding Checks | | | | | | | | | | | - |
| Prior Week's Checks Clearing / Timing Differences | | | | | | | | | | | - |
| **Total Operating Cash Disbursements** | $ 46,500 | $ 26,500 | $ 59,000 | $ 50,200 | $ 43,500 | $ 61,200 | $ 39,000 | $ 75,200 | $ 587,385 | $ 545,548 | $ 1,487,533 |
| **Total Operating Cash Flow** | $ (46,500) | $ 19,710 | $ (12,790) | $ (3,990) | $ 18,781 | $ 1,081 | $ 23,281 | $ (12,919) | $ 92,625 | $ (84,785) | $ 40,994 |
| *Investing Cash Flow* | | | | | | | | | | | |
| Net (Cap X)/Sale of assets | | | | | | | | | | | - |
| Net (Purchase)/Sale of Other Assets | | | | | | | | | | | - |
| **Net investing cash flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Financing cash flow* | | | | | | | | | | | |
| AAC | | | | | | | | | | | - |
| Non-AAC | | | | | | | | | | | - |
| Other Term Debt (decr)/incr | - | - | - | - | - | - | - | - | | | - |
| Equity/Other | | | | | | | | | | | - |
| **Net financing cash flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| **Net Cash Flow** | $ (46,500) | $ 19,710 | $ (12,790) | $ (3,990) | $ 18,781 | $ 1,081 | $ 23,281 | $ (12,919) | $ 92,625 | $ (84,785) | $ 40,994 |
| Total beginning operating cash | | 40,043 | 59,753 | 46,963 | 42,973 | 61,754 | 62,835 | 86,116 | 73,198 | 165,822 | 40,043 |
| Ending Cash | $ 40,043 | $ 59,753 | $ 46,963 | $ 42,973 | $ 61,754 | $ 62,835 | $ 86,116 | $ 73,198 | $ 165,822 | $ 81,037 | $ 81,037 |

# EXHIBIT D

**Salaried Employees**

| Employee | Salary (1/12/25 - 1/26/25) - Payable 1/27/25 | Salary (12/30/24 - 1/12/25) - Payable 1/13/25* | 401(k) Match | Insurance - Employer Portion (approx.) | Withholdings | Deductions | Employer Side Taxes | Total Owed |
|---|---|---|---|---|---|---|---|---|
| Smith, Christine | $3,846.00 | $3,846.00 | $269.22 | $280.78 | $800.71 | $532.55 | $700.05 | $8,242.00 |
| Smith, Clayton | $3,846.00 | $3,846.00 | $269.22 | $530.35 | $733.85 | $811.73 | $700.05 | $8,491.57 |
| Caldwell, Wayne | $5,199.52 | $0.00 | $181.99 | $82.74 | $1,326.86 | $798.29 | $507.84 | $5,464.25 |
| Salaried Employee A | $3,846.15 | $0.00 | $0.00 | $0.00 | $768.27 | $0.00 | $376.93 | $3,846.15 |
| Salaried Employee B | $1,923.08 | $0.00 | $28.84 | $348.38 | $338.12 | $254.01 | $170.37 | $2,300.30 |
| Salaried Employee C | $2,307.69 | $0.00 | $0.00 | $0.00 | $296.66 | $0.00 | $196.47 | $2,307.69 |
| Salaried Employee D | $2,596.15 | $0.00 | $90.86 | $331.20 | $207.91 | $498.75 | $210.43 | $3,018.21 |
| Salaried Employee E | $2,307.69 | $0.00 | $80.77 | $319.40 | $440.38 | $398.98 | $210.42 | $2,707.86 |
| | | | | | | | | $36,378.01 |

**Hourly Employees**

| Employee | Earnings (12/30/24 - 1/12/25) - Payable 1/27/25 | 401(k) Match | Insurance - Employer Portion (approx.) | Withholdings | Deductions | Total Owed |
|---|---|---|---|---|---|---|
| Hourly Employee A | $1,676.25 | $0.00 | $0.00 | $225.53 | $129.59 | $1,676.25 |
| Hourly Employee B | $1,952.50 | $0.00 | $0.00 | $149.37 | $0.00 | $1,952.50 |
| Hourly Employee C | $1,634.13 | $0.00 | $0.00 | $125.01 | $0.00 | $1,634.13 |
| Hourly Employee D | $1,829.63 | $64.04 | $0.00 | $207.20 | $109.78 | $1,893.67 |
| Hourly Employee E | $1,633.13 | $57.16 | 0 | $235.26 | $292.30 | $1,690.29 |
| Hourly Employee F | $1,737.00 | $60.80 | $0.00 | $180.77 | $619.92 | $1,797.80 |
| Hourly Employee G | $1,472.50 | $0.00 | $0.00 | $273.57 | $0.00 | $1,472.50 |
| Smith, Jim | $1,153.75 | $40.38 | $0.00 | $175.12 | $69.23 | $1,194.13 |
| Smith, Kaiden | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Smith, Tamlyn | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Smith, Tatum | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Smith, Tobyn | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Smith, Trenton | $1,365.00 | $27.30 | $0.00 | $110.56 | $40.95 | $1,392.30 |
| | | | | | | $14,703.57 |

Total Employer Tax Liability for Clay and Christine Smith for the period of 12/30/24 - 1/12/25: $700.05
Total Employer Tax Liability for All Salaried Employees for the period of 1/12/25 - 1/26/25: $2,374.51
Total Employer Side Tax Liability for All Hourly Employees for 1/27 Payroll: $1,305.33

* The January 13, 2025 payroll processed early on January 8, 2025